
JUNHE

君合律师事务所

Suite 1919, 630 Fifth Avenue, (45 Rockefeller Plaza),
New York, NY 10111, USA
T:  (1-737) 215-8491
F:  (1-737) 215-8491

March 19, 2026

**VIA ECF**

The Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:     *In Re Matter of the* **Ex Parte** *Petition of Beijing Oriental Yuhong Waterproof Technology Co., Ltd. for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782*, **No. 1:25-mc-00711-JMA-LKE**

Dear Judge Eshkenazi,

This firm represents Petitioner Beijing Oriental Yuhong Waterproof Technology Co., Ltd. I write to advise the Court that with regard to Mr. Sun's motion for a 60-day extension to respond to the subpoena, the parties had an agreement on an extension of 40 days before the Court granted Mr. Sun's motion, and request that the order be amended to reflect the parties' agreement.

Petitioner, through its former counsel, obtained the Court's authorization on March 25, 2025, to issue a subpoena to Mr. Hongbin Sun pursuant to 28 U.S.C. § 1782. Mr. Sun recently retained Mr. Anthony Capozzolo, who reached out to Petitioner's former counsel on March 6, 2026.

After my firm was retained by Petitioner, on March 12, 2026, my colleague Xiangyuan Yu and I reached out to Mr. Capozzolo, who advised that Mr. Sun had been served with the subpoena,[1] and requested an extension of 60 days to respond. Mr. Yu and I initially indicated that we could agree to a 30-day extension, but after further conferring with Mr. Capozzolo, we stated that we could agree to a 40-day extension. Mr. Capozzolo advised that he would need to confer with Mr. Sun and his Chinese counsel first.

---

[1] Mr. Sun's counsel advised that the date and means of service are still unclear at this time, and the undersigned has not received a proof of service and otherwise does not have information on the circumstances of the service.

| | | | | |
|---|---|---|---|---|
| **Beijing Head Office**<br>Tel: (86-10) 8519-1300<br>Fax: (86-10) 8519-1350 | **Shanghai Office**<br>Tel: (86-21) 5298-5488<br>Fax: (86-21) 5298-5492 | **Guangzhou Office**<br>Tel: (86-20) 2805-9088<br>Fax: (86-20) 2805-9099 | **Shenzhen Office**<br>Tel: (86-755) 2939-5288<br>Fax: (86-755) 2939-5289 | **Hangzhou Office**<br>Tel: (86-571) 2689-8188<br>Fax: (86-571) 2689-8199 |
| **Chengdu Office**<br>Tel: (86-28) 6739-8000<br>Fax: (86-28) 6739-8001 | **Xi'an Office**<br>Tel: (86-29) 8550-9666 | **Qingdao Office**<br>Tel: (86-532) 6869-5000<br>Fax: (86-532) 6869-5010 | **Chongqing Office**<br>Tel: (86-23) 8860-1188<br>Fax: (86-23) 8860-1199 | **Dalian Office**<br>Tel: (86-411) 8250-7578<br>Fax: (86-411) 8250-7579 |
| **Haikou Office**<br>Tel: (86-898) 3633-3401<br>Fax: (86-898) 3633-3402 | **Hong Kong Office**<br>Tel: (852) 2167-0000<br>Fax: (852) 2167-0050 | **New York Office**<br>Tel: (1-737) 215-8491<br>Fax: (1-737) 215-8491 | **Silicon Valley Office**<br>Tel: (1-888) 886-8168<br>Fax: (1-888) 808-2168 | **Seattle Office**<br>Tel: (1-425) 448-5090<br>Fax: (1-888) 808-2168 |

www.junhe.com

JUNHE | 君合律师事务所

Mr. Capozzolo provided an account of the March 12 meet and confer in his letter to the Court on the same day (ECF No. 10). Although his letter ended with a motion to the Court for an extension of 60 days, he stated that he was "filing this request without having completed the conferral process with new counsel. I expect to continue discussions with new opposing counsel."

On March 16, 2026, Mr. Capozzolo emailed us and stated that he would like to resume the meet and confer. We spoke with him on March 17 and again on March 18. Today, March 19, at 1:12 p.m., Mr. Capozzolo sent the undersigned an email, in which he stated:

> *I believe we have an agreement to a 40 day extension of time to file a response. I would file a letter with the court today confirming our agreement.*

> *We filed our letter requesting an extension on March 12, 2026, according to my calculation that would mean our response would be due no later than April 21, 2026.*

> *If you can confirm that this is agreeable, I should be able to file the letter today.*

I responded at 2:04 p.m.: "Yes. We agree." (*See* **Exhibit A**, Emails between counsel.) Therefore, it was my understanding that Mr. Capozzolo was going to advise the Court about the parties' agreement on a 40-day extension for Mr. Sun to respond to the subpoena. Shortly thereafter, the Court issued a text-only order, granting Mr. Sun's March 12 letter motion for a 60-day extension.

Accordingly, Petitioner respectfully requests the Court amend the text-only order of March 19, 2026, to give Mr. Sun 40 days from March 12, 2026, or until April 21, 2026, to respond.

Respectfully submitted,

*/s/ Yu Xu*
Yu Xu

Cc: Counsel of record (via ECF)

2